**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Sanderson@leachjohnson.com
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
cpittsenbarger@leachjohnson.com
Nevada Bar No. 13740
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendants Mesa and Valla*
*Homeowners' Association and LJS&G Ltd.*
*d/b/a Leach Johnson Song & Gruchow*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>MESA AND VALLA AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LJS&G, LTD., D/B/A LEACH JOHNSON SONG & GRUCHOW; KUIHUA WANG; and WANBIAO LI,<br><br>Defendants. | Case No. 2:16-cv-00508-RFB-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME MOUNTAIN GATE HOMEOWNERS' ASSOCIATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (DKT. 1)**<br><br>*(First Request)* |

Plaintiff, BANK OF AMERICA N.A., by and through its attorney Tenesa S. Scaturro, of AKERMAN LLP and Defendants, MESA AND VALLA AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION and LJS&G, LTD. ("Defendants"), by and through their attorney T. Chase Pittsenbarger, of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint on March 8, 2016 (Dkt. 1).
2. The Association is awaiting a coverage decision and notification of assignment of counsel.

3. Defendants shall be granted an additional 21-days to prepare a responsive pleading to Plaintiff's Complaint [Dkt.1] up to and including **April 20, 2016**.

DATED this 29th day of March, 2016.

| AKERMAN, LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Tenesa S. Scaturro | /s/ T. Chase Pittsenbarger |
| Melanie D. Morgan | Sean L. Anderson |
| Nevada Bar No. 8215 | Nevada Bar No. 7259 |
| Tenesa S. Scaturro | T. Chase Pittsenbarger |
| Nevada Bar No. 12488 | Nevada Bar No. 13740 |
| 1160 Town Center Drive, Suite 330 | 8945 West Russell Road, Suite 300 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys Defendants Mesa and Valla Homeowners' Association and LJS&G Ltd. d/b/a Leach Johnson Song & Gruchow* |

**ORDER**

**IT IS SO ORDERED.**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:   March 31, 2016