**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>MESA AND VALLA AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LEACH JOHNSON SONG & GRUCHOW, LTD.; KUIHUA WANG; WANBIAO LI,<br><br>Defendants. | Case No.: 2:16-cv-00508-RFB-GWF |
| AND ALL RELATED MATTERS. | |

## MOTION TO SUBSTITUTE ATTORNEY

Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., of Morris Law Center, are hereby substituted in as attorneys for Defendant, Premier One Holdings, Inc.

. . .

. . .

. . .

1

("Premier"), in the above-entitled action, in place and instead of prior attorney, Joseph Y. Hong, Esq.

Dated this 13th day of December, 2018.

                                                /s/ Michael Ring
                                                Michael Ring
                                                Premier One Holdings, Inc.

## CONSENT

As former attorney for Premier, I hereby consent to the above and foregoing substitution of Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., in my place and instead as attorney of record for Defendant.

Dated this 13th day of December, 2018.

                                                /s/ Joseph Y. Hong
                                                Joseph Y. Hong, Esq.
                                                Nevada Bar No. 5995

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for the Defendant, Premier One Holdings, Inc.

Dated this 13th day of December, 2018.

                                                MORRIS LAW CENTER

                                                By:_____
                                                Sarah A. Morris, Esq.
                                                Nevada Bar No. 8461
                                                *Attorney for Premier One Holdings, Inc.*

## ORDER

The Substitution of Attorney is hereby approved and so ORDERED.

12/14/2018                                                             George Foley Jr.
DATE                                                                 UNITED STATES MAGISTRATE JUDGE