DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Cir. Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.,*
*Successor by Merger to BAC Home Loans Servicing,*
*LP, f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>MESA AND VALLA AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LJS&G, LTD., D/B/A LEACH JOHNSON SONG & GRUCHOW; KUIHUA WANG; and WANBIAO LI,<br><br>Defendants. | Case No.: 2:16-cv-00508-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), Mesa and Valla at Mountain's Edge Homeowners' Association (**Mesa and Valla**), Premier One Holdings, Inc. (**Premier**), Kuihua Wang (**Wang**), and Wanbiao Li (**Li**) stipulate and request the court to extend the deadline to file the joint pretrial order by three days, to August 15, 2019.

1

49806722;1

The parties attended a status hearing/hearing on summary judgment motions on August 2, 2019. The court denied the competing motions, and ordered the parties to submit a joint pretrial order by August 12, 2019.

The parties are diligently working on completing the joint pretrial order, but request an additional three days, through August 15, 2019, to finalize the proposed revisions and confirm all parties' and witnesses' availability for the dates proposed.

| **AKERMAN LLP** | **TYSON & MENDES, LLP** |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Cir., Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | */s/ Margaret E. Schmidt*<br>THOMAS E. MCGRATH<br>Nevada Bar No. 7086<br>MARGARET E. SCHMIDT<br>Nevada Bar No. 12489<br>3960 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br><br>*Attorneys for Mesa and Valla at Mountain's Edge Homeowners' Association* |
| **MORRIS LAW CENTER**<br><br>*/s/ Timothy A. Wiseman*<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>TIMOTHY A. WISEMAN, ESQ.<br>Nevada Bar No. 13786<br>5450 W. Sahara Ave., Suite 330<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Defendant Premier One Holdings, Inc.; Kuihua Wang; and Wanbiao Li* | |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
2:16-cv-00508-RFB-EJY

DATED: August 13, 2019