DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Cir. Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.,*
*Successor by Merger to BAC Home Loans Servicing,*
*LP, f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>MESA AND VALLA AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LJS&G, LTD., D/B/A LEACH JOHNSON SONG & GRUCHOW; KUIHUA WANG; and WANBIAO LI,<br><br>Defendants. | Case No.: 2:16-cv-00508-RFB-EJY<br><br>**STIPULATION AND ORDER To Extend Deadline To File Joint Pretrial Order**<br><br>**[SECOND REQUEST]** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), Mesa and Valla at Mountain's Edge Homeowners' Association (**Mesa and Valla**), Premier One Holdings, Inc. (**Premier**), Kuihua Wang (**Wang**), and Wanbiao Li (**Li**) stipulate and request the court to extend the deadline to file the joint pretrial order by one additional day, to **August 16**, 2019.

1

49850555;1

The parties attended a status hearing/hearing on summary judgment motions on August 2, 2019. The court denied the competing motions, and ordered the parties to submit a joint pretrial order by August 12, 2019.

The parties are diligently working on completing the joint pretrial order, but request an additional one day, through **August 16**, **2019,** to finalize the proposed revisions and confirm all parties' and witnesses' availability for the dates proposed.

| **AKERMAN LLP** | **TYSON & MENDES, LLP** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Cir., Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ Margaret E. Schmidt* <br> THOMAS E. MCGRATH <br> Nevada Bar No. 7086 <br> MARGARET E. SCHMIDT <br> Nevada Bar No. 12489 <br> 3960 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Mesa and Valla at Mountain's Edge Homeowners' Association* |
| **MORRIS LAW CENTER** <br><br> */s/ Timothy A. Wiseman* <br> SARAH A. MORRIS, ESQ. <br> Nevada Bar No. 8461 <br> TIMOTHY A. WISEMAN, ESQ. <br> Nevada Bar No. 13786 <br> 5450 W. Sahara Ave., Suite 330 <br> Las Vegas, Nevada 89146 <br><br> *Attorneys for Defendant Premier One Holdings, Inc.; Kuihua Wang; and Wanbiao Li* | |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of August, 2019.

49850555;1