MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Cir. Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.,*
*Successor by Merger to BAC Home Loans Servicing,*
*LP, f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>MESA AND VALLA AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LJS&G, LTD., D/B/A LEACH JOHNSON SONG & GRUCHOW; KUIHUA WANG; and WANBIAO LI,<br><br>Defendants. | Case No.: 2:16-cv-00508-RFB-EJY<br><br>**STIPULATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Second Request)** |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), Mesa and Valla at Mountain's Edge Homeowners' Association (**HOA**), Kuihua Wang, and Wanbiao Li stipulate to continue to the proposed pretrial order deadline by another thirty (30) days as a result of **(1)** Premier One Holdings, Inc.'s bankruptcy, and **(2)** serious pre-trial settlement discussions between the bankruptcy trustee and BANA, and between Mesa and Valla and BANA. ECF Nos. 80 & 82. These settlement discussions have the possibility of

1

63412972;1

alleviating the need for trial.  The original proposed pretrial order deadline was May 17, 2022.  ECF No. 80.  The current deadline is June 16, 2022.  ECF No. 85.  The requested deadline is July 16, 2022.

This stipulation is the second request to extend the proposed pretrial order deadline.  The parties herein agree that this stipulation is entered into in good faith and not to prejudice other parties.

DATED this 14th day of June, 2022.

| **AKERMAN LLP**<br><br>*/s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Cir., Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Bank of America, N.A.* | **TYSON & MENDES, LLP**<br><br>*/s/ Christopher A. Lund*<br>THOMAS E. MCGRATH<br>Nevada Bar No. 7086<br>CHRISTOPHER A. LUND<br>Nevada Bar No. 12435<br>2835 St. Rose Pkwy, Suite 140<br>Henderson, NV 89052<br>*Attorneys for Mesa and Valla at Mountain's Edge Homeowners' Association* |
|---|---|
| **MORRIS LAW CENTER**<br><br>*/s/ Timothy A. Wiseman*<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>TIMOTHY A. WISEMAN, ESQ.<br>Nevada Bar No. 13786<br>5450 W. Sahara Ave., Suite 330<br>Las Vegas, Nevada 89146<br>*Attorneys for Kuihua Wang and Wanbiao Li* | |

**IT IS SO ORDERED.**



RICHARD E. BOULWARE, II
United States District Court

**DATED:** June 15, 2022.

2

63412972;1